1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CHARLES GARY REID, II

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:07-cr-0056 OWW
                                    )
12            *Plaintiff*,          )   STIPULATION TO CONTINUE STATUS
                                    )   CONFERENCE; ORDER
13        v.                        )
                                    )
14 CHARLES GARY REID, II,           )   Date: June 11, 2007
                                    )   Time: 1:30 p.m.
15            *Defendant*.          )   Judge: Honorable Oliver W. Wanger
                                    )
16 _____   )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto that the motions hearing in the

19 above- entitled matter now set for May 21, 2007, **may be continued to June 11, 2007, at 1:30 p.m.**

20      This continuance is requested by counsel for defendant to allow counsel additional time for

21 defense investigation.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

Stipulation to Status Conference
Hearing; [Proposed] Order

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

McGREGOR W. SCOTT
United States Attorney

DATED: May 17, 2007        By:   /s/   David L. Gappa
                                 DAVID L. GAPPA
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: May 17, 2007        By:   /s/  Marc C. Ament
                                 MARC C. AMENT
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 CHARLES GARY REID, II


**ORDER**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F), (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   May 18, 2007**              /s/ Oliver W. Wanger
                                 UNITED STATES DISTRICT JUDGE