1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561

5

   Attorney for Defendant
6  CHARLES GARY REID, II

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   NO. 1:07-cr-0056 OWW
                                  )
12         Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                  )   CONFERENCE; ORDER
13     v.                         )
                                  )
14 CHARLES GARY REID, II,         )   Date:  July 9, 2007
                                  )   Time:  9:00 a.m.
15         Defendant.             )   Judge: Honorable Oliver W. Wanger
                                  )
16 _____)

17

18     **IT IS HEREBY STIPULATED** by and between the parties hereto that the motions hearing in the

19 above- entitled matter now set for June 11, 2007, **may be continued to July 9, 2007, at 9:00 a.m.**

20     This continuance is requested by counsel for defendant to allow counsel additional time for

21 defense investigation.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stipulation to Status Conference
Hearing; Order

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, subd.(h)(1)F), (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

DATED: June 6, 2007                            By:  /s/  David L. Gappa
                                                                   DAVID L. GAPPA
                                                                   Assistant U.S. Attorney
                                                                   Attorney for Plaintiff

                                               DANIEL J. BRODERICK
                                               Federal Defender

DATED: June 6, 2007                            By:  /s/  Marc C. Ament
                                                                 MARC C. AMENT
                                                                 Assistant Federal Defender
                                                                 Attorney for Defendant
                                                                 CHARLES GARY REID, II

### ORDER

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161, subd. (h)(1)(F), (h)(8)(A) and (B).  For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

**Dated:   June 7, 2007**                          **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE